UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON



UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 2:16-00239

KIM COOPER

## GUILTY PLEA

In the presence of Rhett H. Johnson, my counsel, who has fully explained the charges contained in the information against me and, having received a copy of the information from the United States Attorney before being called upon to plead, I hereby plead GUILTY to Counts One and Two of the two-count information.

1/23/17
Date

Kim Cooper

Witness:

Counsel for Defendant